# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2435

_____

OMARSHAREK HARRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Francis J. Allman, Judge.

March 11, 2026

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.141(b)(1) & 9.110(b).

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

OmarSharek Harris, pro se, Appellant.

No appearance for Appellee.